UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUBREY CAMPBELL, *et al.*,

                Plaintiffs,

-v-

THE 3M COMPANY, *et al.*,

                Defendants.

23-CV-9181 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on October 18, 2023.  Counsel for the plaintiffs is directed to file an appearance with this Court no later than November 9, 2023.

    Counsel for the defendants shall serve a copy of this order on counsel for the plaintiffs by November 2, 2023.

    SO ORDERED.

Dated: October 19, 2023
       New York, New York

                                          _____
                                             J. PAUL OETKEN
                                          United States District Judge